*Attachments*

WINDSOR LAKE Dba The Preserve At Windsor Lake
1460 Oakcrest Drive
Columbia, SC 29223
Vs
Matthew P. Edmond
Raquel Edmond

48 *********************************************** 48

# MOTION FOR STAY
# HEARING UNTIL
# JUDICIAL REVIEW COMPLETED

48 *********************************************** 48

HEAR YE, HEAR YE, Respondent hereby pursuant to South Carolina code SCC 1-23-600, by this motion for a request for stay for the following reasons.

## FACTS

1    Plaintiffs attached fees to rent without any notification.
2    Because of this, they would not take partial payments where apartment manager said they would and new management said they would not.
3    Did not notify a change in ownership and just came in swinging demands, upping the rent and abusing tenants in the process. Several tenants are just moving instead of take the strong arm abuse.
4    The tenant above us has moved out from the abuse who was there before we moved in. Over 2 years of rental history.

**Court Issuing Stay pursuant to SCC 1-23-600**

The filing of the complaint does not automatically stay enforcement of the agency decision, but the agency or reviewing court may do so upon such terms as may be just…herein respondent moves to request the court to issue a stay until the Judicial Review process is complete.

A)      Appellant review is always open and the complaint was not specifically denied. Being the trial court erred in procedure to make necessary findings on the evidence before the court or supporting the petition it has excluded necessary jurisdictional evidence where they are refusing to accept the rule of law and Constitutional Jurisdiction. In doing so it has "Erred" which can be reviewed for judicial review to be "stayed".

B)      Also, the right of review pertains to the 'remedy' and it is not natural inherent or vested right. State statute does not apply here to deny an appeal or judicial review however, because of the available remedy – "Stay", this court was summoned to review or reexamine the jurisdiction challenge or violation; still within the court.

C) The evidence of jurisdictional review is paramount, and respondent is seeking due process, by the rule of law for the judicial review to be heard, without any encumbrance from the court, where the lack of automatic stay does not exist but, here respondent seeks such action where the judicial review court can issue such stay.


## CERTIFICATE OF LIMITATION

This request is not intended for Delay, and will not prejudice the other parties. It is presented in the utmost integrity and good faith.


This 8th day of February 12, 2022.


_____
[Matthew] Raquel Edmond

# CERTIFICATE OF SERVICE

Herein respondent in Case: **2021CV4010402371**, that a request for judicial review has been
sought. That a copy of this motion for Stay was deposited with the United States Postal service
for delivery to Clerk of Dentsville Magistrate court in the above mentioned case that a judicial
review in case **2021CV4010402371**, located in Dentsville, South Carolina.

This 8th day of February 12, 2022

_____

[Matthew Edmond] Raquel Edmond

Cover Sheet

# MOTION TO APPEAL

## RE: Case #2021CV4010402371

**RE: Stay of Execution of Writ of Restitution**
DATE: 1/9/2022
TO: Dentsville Magistrate
Courtroom 7
2500 Decker Boulevard
Columbia, SC 29206

Attention: The Honorable Judge Phillip F. Newsom

FROM: Matthew Edmond
1460 Oakcrest Drive, #1923
Columbia, SC 29223

**RE: Motion to Stay**

**DOCKET# 2021CV4010402371**

I am respectfully requesting and submitting this Request for a "**Motion to Stay**."

Your Honor, I will suffer irreparable harm if the stay is not granted, and the order is allowed to go into effect. I am disabled (please see attached) senior citizen. Further, this will pose a significant health risk to me as the current pandemic has and continues to cause grave hardships.

Additionally, payment has been submitted to Windsor Lake/Lp-Wm, Llc Dba the Preserve at Windsor Lake (see attached). **The Landlord agreed not to evict me.** I can show agreement not to evict via email(s) communication. Landlord accepted payment for arrears rent.

I will be filing a Motion to Vacate Default Judgment, Motion for Reconsideration. Again, as the Defendant in the small claims case named above, I am respectfully requesting a "Motion to Stay." The Court has indicated a Writ will be issued after hearing date of January 4, 2022, at 1:00 PM in Dentsville Magistrate Court docket **#2021CV4010402371**.

Please feel free to contact me directly by calling 803.269.4799 if you have any questions. You may also reach me via E Mail: matthewjelantylerresolutions@gmail.com

Thank you for your attention to this matter.

Sincerely,

Matthew P Edmond

**Note: Hard copy also mailed.**

## Summary

CURRENT BALANCE 5,658.53 USD *

MOVE IN DATE 5/1/2020

DEPOSIT ON HAND 0.00 USD *

 MAKE PAYMENT

ADDRESS
1460 OAKCREST DRIVE

Unit 1923

COLUMBIA, SC 29223

United States

HideFilter TransactionsHideSecurity Deposit Transactions Since 11/5/2021Transactions Since 11/5/2021

| Transaction Date | Type | Description | Charges | Credits |
|---|---|---|---|---|
| 12/1/2021 | Resi Paid Water/Sewer | Admin | 5.21 | - |
| 12/1/2021 | Dump - Trash Pick Up | December Charge | 15.00 | - |
| 12/1/2021 | Month To Month Fee | December Charge | 300.00 | - |
| 12/1/2021 | Pest | December Charge | 5.00 | - |
| 12/1/2021 | Rent | December Charge | 1,099.00 | - |

# Balance Reminder
Inbox

**?**

**Preserve at Windsor Lake <preservewindsorlake@southwoodrealty.com>**    Wed, Dec 8, 2021
3:43 PM

to EMPRESSRAQUEL7@GMAIL.COM

Good afternoon,
This is a courtesy reminder that you have an outstanding balance due on your account.
Please log in to the link below to review your balance today.

**Any balance left at the end of the month will roll over into January. You will only be allowed to pay the full balance once January rent and fees are posted. No partial payments will be accepted. You will not be allowed to pay only December's balance once January's rent and fees are posted on January 1st.**

https://southwoodrealty.mriresidentconnect.com/

If you have not created an account yet, please do so today and feel free to call the office
with any questions. Thank you!

The office will be closed on: **December 24th, December 25th, along with December 31st and January 1st** in observance of the holidays.

**Tiffany Tucker**
Assistant Property Manager
Preserve at Windsor Lake
1460 Oakcrest Dr, Columbia, SC  29223
803.736.1099
**Make it your best move!**